UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

RONECA ECHOLS,

    Plaintiff,

v.                                                   Hon. Janet T. Neff

EXPRESS AUTO, INC.,              Case No. 1:19-cv-00131

    Defendant.
_____/

## ORDER

This matter is before the Court on two motions that were heard on August 7, 2019. For the reasons stated on the record at the hearing:

1.     Defendant's Motion to Compel Deposition of Plaintiff (ECF No. 23) is granted. Plaintiff shall appear at a mutually convenient date and time within 14 days of the date of this order.

2.     Plaintiff's Motion to Strike Appearance of Counsel (ECF No. 28) is denied. The Court discerns no connection between attorney Bryan Edward Kontry's services at Lyngklip & Associates Consumer Law Group PLC and this case.

IT IS SO ORDERED.

Dated: August 8, 2019                                  /s/ Ellen S. Carmody
                                                        ELLEN S. CARMODY
                                                        U.S. Magistrate Judge