UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RONECA ECHOLS,

    Plaintiff,

-vs-

    Case No. 1:19-CV-00131
    Hon. Janet T. Neff
    Magistrate Judge: Sally J. Berens

EXPRESS AUTO, INC.,

    Defendant.

## CONSENT JUDGMENT

    This matter comes before the Court on the stipulation of the parties below.  The Court enters this Consent Judgment in favor of the Plaintiff in the amount of $10,000.000 on the claims under the Equal Credit Opportunity Act, 15 U.S.C. § 1691 et seq. and as set forth in the complaint. The Court finds Plaintiff to be the prevailing party and the Court will determine "reasonable" fees. Plaintiff may submit her fee petition to the Court by February 2, 2020.

    So, ordered.

Dated: January 10, 2020

    /s/ Janet T. Neff
    Janet Neff,
    United States District Court Judge

Stipulated to by:

s/ Ian B. Lyngklip
Ian B. Lyngklip P47173
Lyngklip & Associates,
Consumer Law Center, PLC
Attorney for Roneca Echols
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
PH: (248) 208-8864
Ian@ConsumerLawyers.Com


s/ by consent Robert Kaatz
Robert Kaatz (P65394)
Cardelli Lanfear, P.C.
322 W. Lincoln Ave.
Royal Oak, MI   48067