UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONECA ECHOLS,

    Plaintiff,

v.

    Case No. 1:19-cv-131

    HON. JANET T. NEFF

EXPRESS AUTO, INC.,

    Defendant.
_____/

## ORDER

Now pending before the Court is Defendant's Motion for Stay of Execution on Judgment Pending Conclusion of Appeals Pursuant to Fed. R. Civ. P. 62 (ECF No. 63), as supported by its attached supporting Brief (*id.* at PageID.830) and a subsequently filed Affidavit (ECF No. 68). Plaintiff does not oppose the relief requested under the terms proposed in the motion (ECF No. 67). Having considered the parties' submissions and being familiar with the case circumstances, the Court determines that Defendant's motion is properly granted. Accordingly:

**IT IS HEREBY ORDERED** that Defendant's Motion for Stay of Execution on Judgment Pending Conclusion of Appeals Pursuant to Fed. R. Civ. P. 62 (ECF No. 63) is GRANTED.

Dated: August 17, 2020

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge